# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


Hollingsworth.,

       Plaintiff


v.                                                                Civil Action No. 08-10777NMG


Zwicker & Associates P.C.,

       Defendant


## <u>SETTLEMENT ORDER OF DISMISSAL</u>


<u>GORTON, D.J.</u>

      The Court having been advised by counsel that  this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.


                                         By the Court,

                                         /S/ Craig J. Nicewicz

<u>2/27/09</u>                                     _____

  Date                                        Craig J. Nicewicz

                                         Courtroom Clerk